1  DESAI LAW FIRM, P.C.
   Aashish Y. Desai, Esq. (SBN 187394)
2  Adrianne De Castro, Esq. (SBN 238930)
   3200 Bristol Street, Suite 650
3  Costa Mesa, CA 92626
   Telephone: (949) 614-5830
4  Facsimile:  (949) 271-4190
   aashish@desai-law.com;
5  adrianne@desai-law.com

6  Attorneys for Plaintiff, GENEVIEVE GAMEZ, Individually
   and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE GAMEZ, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TOM'S OF MAINE, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV14-03336 CAS (VBKx) <br><br> **APPLICATION TO STAY ALL PROCEEDINGS PENDING FINALIZATION OF NATIONWIDE SETTLEMENT** |

Plaintiff, Genevieve Gamez ("Gamez") hereby requests that this Court stay the pendency of this action to allow the parties to complete the documentation of a nationwide class settlement involving this matter and several other related matters. In support of its motion, Gamez states as follows:

1. Gamez filed this case on April 30, 2014, alleging various causes of action against Defendant Tom's of Maine, Inc. ("Tom's") related to its manufacture and sale of certain oral care products.

2. There are several other pending matters involving the same or similar claims, including a case filed in March, 2014 in the Southern District of Florida, captioned *Allison Gay v. Tom's of Maine, Inc.*, Civ. No. 60604-KNM.

3. A number of the parties to the several matters engaged in three mediation sessions before Judge Peter Lichtman (Ret.), the most recent of which occurred in March, 2014. The parties are in the process of documenting a nationwide settlement proposal from that mediation, and anticipate that once a documented settlement agreement is finalized, all parties will present that agreement to the Court in the Southern District of Florida.

4. Gamez respectfully requests that this Court stay this case pending submission of settlement papers to the Court in the Southern District of Florida, and that this Court further Order that Tom's need not answer or otherwise plead to the present Complaint during the pendency of such stay.

///

///

| | | |
|---|---|---|
| 1 | Date: July 2, 2014 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Aashish Y. Desai* |
| | | Aashish Y. Desai, Esq. |
| 4 | | M. Adrianne De Castro, Esq. |
| | | DESAI LAW FIRM, P.C. |
| 5 | | *Counsel for Plaintiffs* |

Case 2:14-cv-03336-CAS-VBK   Document 10   Filed 07/02/14   Page 4 of 5   Page ID #:40

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 3200 Bristol Street, Ste. 650, Costa Mesa, California 92626.

On July 2, 2014, I served the foregoing document described as **APPLICATION TO STAY ALL PROCEEDINGS PENDING FINALIZATION OF NATIONWIDE SETTLEMENT; AND PROPOSED ORDER** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated on the attached service list:

[ ]   **BY MAIL** – I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process servicer employed by _____.

[ ]   **BY FASCIMILE** – I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

[X]   **BY E-MAIL OR ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ ]   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 2, 2014, at Costa Mesa, California

/s/ *Sonia Nava*
SONIA NAVA

1
**PROOF OF SERVICE**

## SERVICE LIST

*Genevieve Gamez, et al. v. Tom's of Maine, Inc., et al.*
USDC Central District of California, Civil Action No. CV14-03336 CAS (VBKx)

**Counsel for Defendants:**

David K. Callahan, Esq.
LATHAM & WATKINS, LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7694
Fax: (312) 543-8673
david.callahan@lw.com

2

**PROOF OF SERVICE**